JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGENT'S MECHANICAL SYSTEMS, INC.,<br>    Plaintiff,<br><br>                    v.<br><br>HUNTER'S PRECISION CONSTRUCTION & ROOFING, INC.,<br>    Defendant. | 2:24-cv-7934-DSF-AGRx<br><br>JUDGMENT |

    The Court having granted a motion to dismiss for lack of personal jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.


Date:  November 26, 2024

_____
Dale S. Fischer
United States District Judge