# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGENT'S MECHANICAL SYSTEMS, INC. DBA SERGENT CONSTRUCTION,<br><br>    Plaintiff,<br>  v.<br><br>HUNTER'S PRECISION CONSTRUCTION & ROOFING, INC.; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. 2:24-cv-007934-DSF-AGR<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Complaint Filed:   September 17, 2024<br>Judgment Entered: November 26, 2024 |

1

On December 11, 2024, the parties filed a Notice of Satisfaction of Judgment ("Notice"). ECF Dkt. 27. The Notice states that the Judgment entered in Defendant HUNTER'S PRECISION CONSTRUCTION & ROOFING, INC.'s ("Defendant") favor and against Plaintiff SERGENT'S MECHANICAL SYSTEMS, INC. DBA SERGENT CONSTRUCTION ("Plaintiff") has been released and satisfied in its entirety, and requests that the Court dismiss this action with prejudice.

Having considered the Notice and finding good cause therefor, the Court hereby DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: December 13, 2024

_____
DALE S. FISCHER
United States District Judge